ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-872 (ADM/FLN)

| | | |
|---|---|---|
| MICHAEL J. VALANDRA, Petitioner, | ) | |
| v. | ) | ORDER |
| ROB MUNDT, Warden, Respondent. | ) | |

The above-entitled matter is before the undersigned United States Chief Magistrate Judge pursuant to Respondent's request for enlargement of time in which to file its response to Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Based upon that motion, and good cause appearing therefore,

IT IS HEREBY ORDERED that the government's motion is GRANTED, and that the Respondent shall be granted until July 9, 2001, to prepare and submit its response.

Dated: 6/26/01

FRANKLIN L. NOEL
Chief Magistrate Judge

FILED JUN 2 6 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______