UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 01-CV-872 (ADM/FLN)

| | | |
|---|---|---|
| Michael J. Valandra, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| Robert Mundt, Warden, | ) | |
| | ) | |
| Respondent | ) | |

The Court, upon the motion of petitioner Michael J. Valandra and for good cause shown, hereby extends the date for the filing of the petitioner's objections to the Report and Recommendation to Wednesday, March 20, 2002.

Date: March 4, 2002

Honorable Ann D. Montgomery
United States District Court Judge

MAR 0 3 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK